# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

|  |  |
|---|---|
| Plaintiff, | |
| v. | Case No.: 1:22−cv−00602 |
| | Honorable John Robert Blakey |
| Defendant. | |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 14, 2022:

MINUTE entry before the Honorable John Robert Blakey: Respondent ISC Holdings, LLC issued a subpoena to Bellco Credit Union, located in Colorado, in connection with a lawsuit pending in the United States District Court for the Northern District of Georgia, ISC Holdings, LLC v. Davis, Case. No. 1:21−CV−01558−SDG. The subpoena requires Bellco to produce documents and ESI at law offices in Chicago. See [1−1] at 2−8. Plaintiffs in the underlying Georgia lawsuit moved to quash the subpoena in this Court, see [1]. ISC now moves to transfer the matter back to Georgia, see [6]. At the same time, ISC seeks additional time to respond to Plaintiffs' motion to quash, see [10]. Federal Rule of Civil Procedure 45(f) provides that, where (as here) "the court where compliance is required did not issue the subpoena, it may transfer a motion under this rule to the issuing court if the person subject to the subpoena consents or if the court finds exceptional circumstances." Bellco consents to the transfer of the matter to Georgia. As a result, the Court grants ISC's motion to transfer [6] and grants the motion to extend time [[10] to allow the Georgia court to set an appropriate schedule. The Court directs the Clerk to transfer this matter forthwith to the Northern District of Georgia. The 2/24/22 Notice of Motion date is stricken. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.